RONALD H. BAE (State Bar No. 186826)
JOSEPH CHO (State Bar No. 198844)
AEQUITAS LAW GROUP, APLC
2029 Century Park East, 14th Floor
Los Angeles, California 90067
Telephone: (310) 867-2744
Facsimile: (310) 988-2745

CHRISTOPHER J. CANLAS (SBN 247291)
THE LAW OFFICES OF CHRISTOPHER J. CANLAS
4759 Durfee Avenue
Pico Rivera, CA 90660
Telephone: (562) 692-1546
Facsimile: (562) 692-1548

Attorneys for Plaintiff,
ESTRELLA VICENCIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA VICENCIO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>LABOR READY SOUTHWEST, INC., a foreign corporation qualified to do business in California, TRUEBLUE, INC., a foreign corporation qualified to do business in California; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Number: 2:08-CV-08646 RGK (CWx)<br><br>**CLASS ACTION**<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**PROTECTIVE ORDER CONCERNING DISCOVERY AND CONFIDENTIAL INFORMATION** |

[PROPOSED] PROTECTIVE ORDER CONCERNING
DISCOVERY AND CONFIDENTIAL INFORMATION
CASE NO. 2:08-CV-08646-RGK(CWx)

1  The Court, having considered the parties' Stipulation Concerning Discovery
2  and Confidential Information to which this Order is attached, hereby orders the
3  Stipulation entered.
4
5  Dated: August 13, 2009               _____/S/_____
6                                                    Honorable Carla Woehrle
7                                                    United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

PROPOSED] PROTECTIVE ORDER CONCERNING
DISCOVERY AND CONFIDENTIAL INFORMATION
CASE NO. 2:08-CV-08646-RGK(CWX)